THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKI WILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>Defendant. | No. 2:22-cv-01813-MJP<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

IT IS HEREBY ORDERED that Amanda M. Perach and Kiley Harrison, from the law firm McDonald Carano LLP, are hereby withdrawn as counsel of record for Defendant Convergent Outsourcing, Inc. ("Defendant") and relieved of further responsibility in this matter.

IT IS FURTHER ORDERED that the Clerk remove Ms. Perach and Ms. Harrison from the ECF notification on all future filings in this case.

DATED this 13th day of January, 2023.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

---

ORDER GRANTING                - 1
MOTION TO WITHDRAW AS COUNSEL
(CASE NO. 2:22-CV-01813-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380

Presented by:

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com

*s/ Amanda M. Perach*
Amanda M. Perach, Esq.
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Phone: (702) 873-4100
Email: aperach@mcdonaldcarano.com

*s/ Kiley A. Harrison*
Kiley A. Harrsion
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Phone: (702) 873-4100
Email: kharrison@mcdonaldcarano.com

*Attorneys for Defendant*

ORDER GRANTING       - 2
MOTION TO WITHDRAW AS COUNSEL
(CASE NO. 2:22-CV-01813-MJP)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4040
Telephone:  (206) 332-1380